Moskowitz's Appeal.

Argued May 27, 1936; reargued September 30, 1936.
Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN,
STERN and BARNES, JJ.

*Marshall H. Morgan,* with him *Abraham J. Levy* and
*I. G. Gordon Forster,* for appellant.

*A. E. Hurshman,* for Registration Commission.

PER CURIAM, November 23, 1936:
The registration list from which appellant's name was
stricken expired, as a new registration was required for
the fall election of 1936. This appeal raises the question
of his right to reinstatement on a registration list that
is no longer in existence. The question involved is moot.
Appeal dismissed.